October 21, 2011

Ms. Beth Ellen Klusmann
Assistant Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. Scott J. Conrad
Settle Pou
3333 Lee Parkway, 8th Floor
Dallas, TX 75219

RE: Case Number: 08-0943
 Court of Appeals Number: 13-06-00550-CV
 Trial Court Number: D-1-GN-05-004497

Style: TEXAS DEPARTMENT OF TRANSPORTATION
 v.
 ROGER SEFZIK

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Johnson not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dorian E. Ramirez |
| |Ms. Amalia Rodriguez |
| |Mendoza |